```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4058

Attorneys for Gail Norton, Secretary of the
     United States Department of the Interior[1]
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EMERALD TRAIL LLC, et al., | ) | 1:02-cv-5982 OWW DLB |
| | ) | |
| Plaintiffs, | ) | **THIRTEENTH STIPULATION AND** |
| | ) | **ORDER RE LITIGATION** |
| | ) | **SCHEDULE** |
| | ) | |
| GALE NORTON, Secretary of | ) | |
| the Interior, et al., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

This case settled in principle several months ago.  Since the date of its most recent October 12, 2005 scheduling order, the parties have continued with their efforts in obtaining all requisite signatures on this action's settlement documents.  Due to the amount of time required in obtaining the signatures of all of this action's parties or party representatives, however, an additional extension of this matter's pre-trial and trial dates is necessary.

///

---

[1] Ms. Norton resigned as the United States' Secretary of the Interior earlier this year.  Although her permanent replacement has yet to take office, the Department of the Interior is presently being held by Acting Secretary Lynn Scarlett.

Based on the above, the parties stipulate to extend the deadlines provided for in the Court's October 12, 2005 scheduling order. Based on the parties' estimated length of time required to obtain all requisite signatures and formally resolve the case in its entirety, the parties stipulate to continuing the pre-trial conference and trial dates approximately ninety (90) days. The parties also stipulate to holding a scheduling conference with the Court about remaining pre-trial deadlines should settlement unexpectedly fail. The parties therefore propose the following new schedule, and request that the court endorse it by way of formal order:

| **ITEM** (prior deadline in parentheses) | **DATE DUE** |
|---|---|
| Pre-Trial Conference Date (8-14-06) | November 20, 2006 At 11:00 a.m. |
| Trial Date (10-24-06) | February 13, 2007 At 1:00 p.m. |

Respectfully submitted,

**FOR PLAINTIFFS:**

Dated: May 22, 2006                LEAR & LEAR, L.L.P.

(As authorized May 22, 2006)
/s/ Stephanie Barber\_\_\_\_
By: PHILLIP WM. LEAR
STEPHANIE BARBER-RENTERIA

**FOR DEFENDANT UNITED STATES:**

Dated: May 22, 2006                McGREGOR W. SCOTT
United States Attorney

/s/ Brian W. Enos_____
By: BRIAN W. ENOS
Assistant U.S. Attorney

///

2

/ / /

**ORDER**

IT IS SO ORDERED.

**Dated:   May 23, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE