McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4058

Attorneys for Gail Norton, Secretary of the
    United States Department of the Interior[1]

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMERALD TRAIL LLC, et al., ) | 1:02-cv-5982 OWW DLB |
| ) | |
|     Plaintiffs, ) | **FOURTEENTH STIPULATION AND** |
| ) | **ORDER RE LITIGATION** |
| ) | **SCHEDULE** |
| ) | |
| GALE NORTON, Secretary of ) | |
|     the Interior, et al., ) | |
| ) | |
| ) | |
|     Defendants ) | |

    This case settled in principle several months ago. Since the date of its most recent May 23, 2006 scheduling order, the parties have continued with their efforts in obtaining all requisite signatures on this action's settlement documents. Due to the amount of time required in obtaining the signatures of all of this action's parties or party representatives, however, an additional extension of this matter's pre-trial and trial dates is necessary.

    Based on the above, the parties stipulate to extend the deadlines provided for in the Court's May 23, 2006 scheduling

---

[1] Ms. Norton resigned as the United States' Secretary of the Interior earlier this year. Although her permanent replacement has yet to take office, the Department of the Interior is presently being held by Acting Secretary Lynn Scarlett.

order.  Based on the parties' estimated length of time required to obtain all requisite signatures and formally resolve the case in its entirety, the parties stipulate to continuing the pre-trial conference and trial dates approximately sixty (60) days.  The parties also stipulate to holding a scheduling conference with the Court about remaining pre-trial deadlines should settlement unexpectedly fail.  The parties therefore propose the following new schedule, and request that the court endorse it by way of formal order:

**ITEM** (prior deadline in parentheses)                       **DATE DUE**

Pre-Trial Conference Date(11-20-06 @ 11:00am) January 22, 2007

Trial Date (02-13-07 @ 9:00am)                       April 24, 2007

                                        Respectfully submitted,

**FOR PLAINTIFFS:**

Dated: November 13, 2006                LEAR & LEAR, L.L.P.

                                        (As authorized November 13, 2006)
                                        _/s/ Stephanie Barber_____
                                        By:  PHILLIP WM. LEAR
                                        STEPHANIE BARBER-RENTERIA

**FOR DEFENDANT UNITED STATES:**

Dated: November 13, 2006                  McGREGOR W. SCOTT
                                        United States Attorney

                                        _/s/ Brian W. Enos_____
                                        By: BRIAN W. ENOS
                                        Assistant U.S. Attorney

///

                          **ORDER**

     IT IS SO ORDERED.

**Dated:   November 14, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

2