# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| **EMERALD TRAIL, LLC, et al.,**<br>　　Plaintiffs,<br>　　　　v.<br>**GALE NORTON**, et al.,<br>　　Defendants. | CIV F-02-5982 OWW DLB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　The Court, having considered the Stipulated Motion for Dismissal with Prejudice by Plaintiffs and Defendants, and good cause therefore appearing,

　　HEREBY ORDERS that the Pre-Trial Conference and Trial dates are vacated, and Plaintiffs claims against Defendants are dismissed with prejudice, with each party to bear its own attorney fees and costs.

　　DATED this 12th day of January 2007.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Judge Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

{00016493.1}